# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gregory Page,<br><br>Plaintiff<br><br>v.<br><br>American Coradius International, LLC,<br><br>Defendant | FILED ELECTRONICALLY |

## **COMPLAINT**

### I. Introduction

1. This is an action for damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("the Act") which prohibits debt collectors from engaging in abusive, unfair, and deceptive practices.

### II. Jurisdiction and Venue

2. Jurisdiction of this Court is proper pursuant to 15 U.S.C. § 1692k(d), which permits an action under the Act to be brought in any court of competent jurisdiction.

3. Venue in this district is proper in that Defendant transacts business here and the conduct complained of is alleged to have occurred here.

### III. Parties

4. Plaintiff, Gregory Page, is a natural person residing at 914 Stump Pond Rd., New Milford, PA 18834.

5. Defendant, American Coradius International, LLC, ("the Collector") is a limited liability corporation engaged in the business of collecting debts in this state with a place of business located at 2420 Sweet Home Rd., Ste. 150, Amherst, NY 14228.

6. The Collector is a "debt collector" as defined by the Act, 15 U.S.C. § 1692a(6).

### IV. Statement of Claim

7. On or after November 25, 2008, the Collector began attempting to collect an alleged account ("the Account") from Plaintiff.

8. The Account is a "debt" as that term is defined by the Act, 15 U.S.C. §1692a(5).

9. The collector regularly uses the telephone and mails to attempt to collect consumer debts alleged to be due another.

10. Between November 25, 2008 and January 3, 2009, the Collector caused at least three (3) telephone calls ("*the Calls*") to be placed to phone number (570) 465-2043.

11. The aforementioned phone number was assigned to the address identified in paragraph 4 at all times relevant to this matter.

12. During each of *the Calls*, an employee of the Collector left a message ("*the Messages*") for Plaintiff.

13. 15 U.S.C. § 1692e(11) requires a debt collector to disclose that the communication is from a debt collector in each communication with a consumer.

14. In one (1) of *the Messages,* the caller failed to disclose that the call was from a debt collector.

15. In that one (1) of *the Messages,* the caller failed to provide the disclosure required by 15 U.S.C. § 1692e(11).

16. *The Calls* and *Messages* were attempts to collect the Account.

WHEREFORE, Plaintiff demands judgment against Defendant for damages, costs, attorney's fees, and such other and further relief as the Court deems just and proper.

## V. Demand for Jury Trial

17.   Plaintiff demands a trial by jury as to all issues so triable.

                Respectfully Submitted,


                s/ Kenneth W. Pennington
                Kenneth W. Pennington
                Bar Number PA 68353
                Attorney for Plaintiff
                Sabatini Law Firm, LLC
                216 N. Blakely St.
                Dunmore, PA  18512
                Phone (570) 341-9000
                Facsimile (570) 504-2769
                Email kpecf@bankruptcypa.com