UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
SCRANTON DIVISION

GREGORY PAGE,

        Plaintiff,

                                                    Case No. 3:09-cv-2219-RPC

v.

AMERICAN CORADIUS INTERNATIONAL, LLC,

        Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

      Defendant, American Coradius International, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                  Respectfully submitted,

                                                  /s/  Peter R. Rosenzweig

Date:  December 7, 2009

                                                Peter R. Rosenzweig, Esq.
                                               SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                                               1818 Market Street, Suite 3510
                                               Philadelphia, PA  19103-3636
                                               Telephone:   (215) 832-3606
                                               Facsimile:    (215) 832-3607
                                               prosenzweig@sessions-law.biz

                                               Attorneys for Defendant,
                                               American Coradius International, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December 2009, a true and correct copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including:

Kenneth W. Pennington, Esq.
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, PA 18512

/s/  Peter R. Rosenzweig

Attorney

N:\American Coradius International LLC (8928)\Page, Gregory (8928-09-25342)\Pleadings\Notice of Pending Settlement.doc