IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Gregory Page                                          :
                                                      :
                                                      :
         Plaintiff,                                   : (Judge Conaboy)
   vs.                                                :
                                                      :3:09-CV-2219
                                                      :
American Coradius International LLC                   :
                                                      :
                                                      :
         Defendant.                                   :

FILED
SCRANTON

DEC 0 9 2009

PER _____ 
         DEPUTY CLERK

ORDER OF DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

Richard P. Conaboy
United States District Judge

DATE: December 9, 2009